UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 2/27/2006

To: United States Court of Appeals          ATTN: ( ) CIVIL
    For the Ninth Circuit
    Judge Ronald M. Gould                   (X) CRIMINAL
    1200 Sixth Ave 21st Floor
    Seattle, WA 98101-3123                  (X) JUDGE

From: U.S. DISTRICT COURT
      101 12th AVE ROOM 332
      FAIRBANKS, AK 99701

DC No: 4:03-cr-00019-03-RRB                 Appeal No: 05-30140

Short title: USA V KULGAVCHUK

Composition of Record

Clerk's Files in  9  volumes   (x) original yellow volumes
                  2  volumes   (x) original pink SEALED volumes

Other: _____

(please note any documents filed under seal)

Acknowledgement: _____    Date: _____
"record.app" [11/21/97]